

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-15-00203-CV

| | | |
|---|---|---|
| In the Interest of S.T., a child | § | From the 323rd District Court |
| | § | of Tarrant County (323-99427J-13) |
| | § | December 17, 2015 |
| | § | Opinion by Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and the case is remanded to the trial court for a new trial. The trial court must commence a new trial no later than 180 days after the date this court issues the mandate in this appeal.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Bonnie Sudderth_____
     Justice Bonnie Sudderth